UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  CASE NO: 15-14688
CHAPTER 13

HUMBERTO MIRANDA *AKA* HUMBERTO A
MIRANDA AND MARIA MIRANDA *AKA* MARIA P
MIRANDA *AKA* MARIA PARENTE MIRANDA,
    Debtor
_____/

## AGREED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Neisi I. Garcia Ramirez, Esq. of Brock & Scott, PLLC for Teresa M. Hair, Esq. formerly of Brock & Scott, PLLC, as attorney for Bayview Loan Servicing, LLC ("Secured Creditor") in this case. The Clerk is requested to remove Teresa M. Hair, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Humberto Miranda, 2478 Andros Lane, Fort Lauderdale, FL 33312 and Maria Miranda, 2478 Andros Lane, Fort Lauderdale, FL 33312; Ricardo Corona, Esq, 3899 NW 7 St, Second Floor, Miami, FL 33126; Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355, Office of the US Trustee 51 S.W. 1st Ave Suite 1204 Miami, FL 33130, this 11th day of April, 2019.

    BROCK & SCOTT, PLLC
    Attorney for Secured Creditor
    2001 Northwest 64th Street, Suite 130
    Fort Lauderdale, FL 33309
    Phone: (954) 618-6955 Ext: 4773
    Fax: 954-618-6954
    Floridabklegal@Brockandscott.com

    /s/ Teresa M. Hair
    _____
    TERESA M. HAIR, ESQUIRE
    Florida Bar No. 44079

    /s/ Neisi I. Garcia Ramirez
    _____
    NEISI I. GARCIA RAMIREZ, ESQUIRE
    Florida Bar No. 0091430

B&S File No. 15-F04025